# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, for herself and the class,<br><br>Plaintiff,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>Defendant. | Case No.: 1:25-cv-10343-PBS |

## JOINT MOTION TO CONTINUE ORAL ARGUMENT

NOW COME the Parties, Plaintiff Jane Doe ("Plaintiff"), and Defendant The Children's Hospital Corporation ("Defendant"), through their undersigned counsel, and jointly move this Honorable Court for an Order: (i) striking the **May 28, 2025** hearing on Defendant's Motion to Dismiss (Doc. No. 22) and (ii) requiring the parties to submit a supplemental joint status report on or before **June 25, 2025**, advising the Court whether the parties have scheduled a mediation or, alternatively, whether the parties request to re-instate the hearing on the Motion to Dismiss. In support of this Joint Motion, the parties state as follows:

1. On **March 21, 2025**, Defendant filed their Motion to Dismiss Plaintiff's Complaint. (Doc. No. 22). On **April 18, 2025**, Plaintiff filed her Opposition to the Motion to Dismiss. (Doc. No. 27). On **May 9, 2025**, Defendant filed its Reply. (Doc. No. 30). On **May 20, 2025**, Plaintiff filed her Sur-Reply. (Doc. No. 34).

2. Hearing on Defendant's Motion to Dismiss is currently scheduled for **May 28, 2025** via Zoom. (Doc. No. 20).

3. Since the filing of Defendant's Motion to Dismiss, the parties have engaged in discussions regarding a potential mediation in this matter.

Error! No document variable supplied." = "1" "4855-5537-0298" ""

5/22/25
allowed
[signature] Paul S...