## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, for herself and the class,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>        Defendant. | Case No.: 1:25-cv-10343-PBS |

### JOINT STATUS REPORT

Pursuant to the Court's October 17, 2025 Order (Doc. No. 46), Plaintiff Jane Doe ("Plaintiff") and Defendant The Children's Hospital Corporation ("Defendant") (jointly, the "Parties"), through their undersigned counsel, jointly submit this status report.

The Parties continue to engage in post-mediation discussions regarding a potential resolution of this matter. Accordingly, the Parties request an additional 14-day continuance of the litigation to continue their discussions and propose to file a joint status report updating the Court on or before December 1, 2025.

As the Parties previously reported (Doc. No. 43), Plaintiff filed on October 17, 2025 a motion to amend her complaint (Doc. No. 44, Doc. No. 45), which Defendant opposes. The Parties respectfully request the continued temporary deferral of further briefing or argument on the pending motions in this case, including Defendant's motion to dismiss (Doc. No. 22), until they have had an opportunity to complete their settlement discussions.

Dated: November 17, 2025

| | |
|---|---|
| JANE DOE, for herself and the class | THE CHILDREN'S HOSPITAL CORPORATION |
| By:   Patrick J. Vallely | By:   Lisa Oliver White |
| Edward F. Haber<br>Michelle H. Blauner<br>Patrick J. Vallely<br>SHAPIRO HABER & URMY LLP<br>One Boston Place, Suite 2600<br>Boston, MA 02108<br>Tel.: (617) 439-3939<br>ehaber@shulaw.com<br>mblauner@shulaw.com<br>pvallely@shulaw.com<br><br>***Attorneys for Plaintiff*** | Lisa Oliver White, BBO# 666841<br>Shook, Hardy & Bacon L.L.P.<br>One Federal Street, Suite 2620<br>Boston, MA 02110<br>Tel: (617) 531-1411<br>lowhite@shb.com<br><br>Tammy B. Webb (*pro hac vice*)<br>Shook, Hardy & Bacon L.L.P.<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: (415) 544-1900<br>twebb@shb.com<br><br>Jad Sheikali (*pro hac vice*)<br>Tara D. Kennedy (*pro hac vice*)<br>Avery M. Epstein (*pro hac vice*)<br>Shook, Hardy & Bacon L.L.P.<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 704-7700<br>jsheikali@shb.com<br>tkennedy@shb.com<br>aepstein@shb.com<br><br>***Attorneys for Defendant*** |

## **CERTIFICATE OF SERVICE**

      I, Lisa Oliver White, do hereby certify that on November 17, 2025, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

                                                _Lisa Oliver White_