UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE, for herself and the class,

    Plaintiff,

v.

THE CHILDREN'S HOSPITAL
CORPORATION,

    Defendant.

Case No.: 1:25-cv-10343-PBS

**JOINT STATUS REPORT**

Pursuant to the Court's November 21, 2025 Order (Doc. No. 48), Plaintiff Jane Doe ("Plaintiff") and Defendant The Children's Hospital Corporation ("Defendant") (jointly, the "Parties"), through their undersigned counsel, jointly submit this status report.

The Parties continue to engage in post-mediation discussions regarding a potential resolution of this matter. Accordingly, the Parties request an additional 21-day continuance of the litigation to continue their discussions and propose to file a joint status report updating the Court on or before December 22, 2025.

As the Parties previously reported (Doc. No. 47), Plaintiff filed on October 17, 2025 a motion to amend her complaint (Doc. No. 44, Doc. No. 45), which Defendant opposes. The Parties respectfully request the continued temporary deferral of further briefing or argument on the pending motions in this case, including Defendant's motion to dismiss (Doc. No. 22), until they have had an opportunity to complete their settlement discussions.

12/2/25
ALLOWED.
No further
continuances.
[signature]