UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, for herself and the class,<br><br>      Plaintiff,<br><br>    v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>      Defendant. | Case No.: 1:25-cv-10343-PBS |

### JOINT STATUS REPORT

Pursuant to the Court's December 3, 2025 Order (Doc. No. 50), Plaintiff Jane Doe ("Plaintiff") and Defendant The Children's Hospital Corporation ("Defendant") (jointly, the "Parties"), through their undersigned counsel, jointly submit this status report.

As the Parties previously reported (Doc. No. 49), Plaintiff filed on October 17, 2025 a motion to amend her complaint (Doc. No. 44, Doc. No. 45), which Defendant opposes. Since Plaintiff's filing of the motion to amend her complaint, the Parties have continued to engage in post-mediation discussions regarding a potential resolution of this matter. Those conversations remain ongoing but in light of the Court's last order stating no further continuances shall be allowed, the Parties propose the following briefing schedule on Plaintiff's motion to amend her complaint:

- Defendant to file its opposition to Plaintiff's Motion to Amend Complaint by January 26, 2026.

- Plaintiff to file reply, if any, in support of Plaintiff's Motion to Amend Complaint by February 9, 2026.

Dated: December 22, 2025

Respectfully submitted,

| | |
|---|---|
| JANE DOE, for herself and the class | THE CHILDREN'S HOSPITAL CORPORATION |
| By: */s/ Patrick J. Vallely* <br> Edward F. Haber <br> Michelle H. Blauner <br> Patrick J. Vallely <br> SHAPIRO HABER & URMY LLP <br> One Boston Place, Suite 2600 <br> Boston, MA 02108 <br> Tel.: (617) 439-3939 <br> ehaber@shulaw.com <br> mblauner@shulaw.com <br> pvallely@shulaw.com <br><br> ***Attorneys for Plaintiff*** | By: */s/ Lisa Oliver White* <br> Lisa Oliver White, BBO# 666841 <br> Shook, Hardy & Bacon L.L.P. <br> One Federal Street, Suite 2620 <br> Boston, MA 02110 <br> Tel: (617) 531-1411 <br> lowhite@shb.com <br><br> Tammy B. Webb (*pro hac vice*) <br> Shook, Hardy & Bacon L.L.P. <br> 555 Mission Street, Suite 2300 <br> San Francisco, CA 94105 <br> Tel: (415) 544-1900 <br> twebb@shb.com <br><br> Jad Sheikali (*pro hac vice*) <br> Tara D. Kennedy (*pro hac vice*) <br> Avery M. Epstein (*pro hac vice*) <br> Shook, Hardy & Bacon L.L.P. <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> Tel: (312) 704-7700 <br> jsheikali@shb.com <br> tkennedy@shb.com <br> aepstein@shb.com <br><br> ***Attorneys for Defendant*** |

**CERTIFICATE OF SERVICE**

    I, Lisa Oliver White, do hereby certify that on **December 22, 2025**, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

                                                */s/ Lisa Oliver White*
                                                Lisa Oliver White