IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE DOE, on behalf of herself and a class of all others similarly situated,<br><br>v.<br><br>THE CHILDREN'S HOSPITAL CORPORATION,<br><br>Defendant. | Case No.: 1:25-cv-10343-PBS |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 17(a)(3), Plaintiff Jane Doe[1] respectfully moves the court to grant her leave to amend her current Amended Complaint against Defendant Boston Children's Hospital ("Boston Children's"). As set forth more fully in the accompanying memorandum of law, although Plaintiff believes the allegations of her current amended complaint are sufficient, the Proposed Second Amended Complaint responds to and addresses the evolving standards and court guidance for pleading a claim under the Electronic Communications Privacy Act ("ECPA") involving the use of tracking technologies on hospital websites, and responds to arguments made in Boston Children's reply in support of its motion to dismiss regarding whether Plaintiff is the real party in interest for all of her claims.

Plaintiff's Proposed Second Amended Complaint is attached as Exhibit A. A redline of the Proposed Second Amended Complaint against the current Amended Complaint, which shows the changes and additions the amendment makes, is attached as Exhibit B.

The Court should grant Plaintiff's motion to amend.

---

[1] "Jane Doe" is a pseudonym used to protect the privacy of the Plaintiff, given that this case involves private health information of both Jane Doe and the minor children of Jane Doe. Ms. Doe's identity has been disclosed to counsel for the Defendant per the Massachusetts Superior Court's order of January 22, 2023.

1

2/9/26
Allowed: /s/ [signature]
PSB