## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

JANE DOE, individually and as parent and )
guardian for her minor children, S.N., H.N., )
and B.N., on behalf of herself and classes of all )
others similarly situated, )
                                       )  Case No.: 1:25-cv-10343-PBS
                 Plaintiff, )
                 )
       v. )
                 )
THE CHILDREN'S HOSPITAL )
CORPORATION, )
                 )
             Defendant. )

## DEFENDANT THE CHILDREN'S HOSPITAL CORPORATION'S
## MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendant The Children's Hospital Corporation, doing business as Boston Children's Hospital, hereby respectfully moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted. This Motion is supported by the accompanying Memorandum of Law.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) Defendant The Children's Hospital Corporation respectfully requests a hearing on its Motion to Dismiss.

Dated: March 19, 2026

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION

By: */s/ Lisa Oliver White*
Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice forthcoming*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
Tara D. Kennedy (*pro hac vice*)
Avery Epstein (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com
tkennedy@shb.com
aepstein@shb.com

***Attorneys for Defendant***

2

## **CERTIFICATE OF SERVICE**

I, Lisa Oliver White, do hereby certify that on March 19, 2026, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

*/s/ Lisa Oliver White*
Lisa Oliver White

3