**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JANE DOE, individually and as parent and guardian for her minor children, S.N., H.N., and B.N., on behalf of herself and classes of all others similarly situated, | ) ) ) ) | |
| | ) | Case No.: 1:25-cv-10343-PBS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE CHILDREN'S HOSPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT THE CHILDREN'S HOSPITAL CORPORATION'S**
**MOTION TO TEMPORARILY STAY PROCEEDINGS**

Defendant The Children's Hospital Corporation's (d/b/a Boston Children's Hospital, "BCH"), moves to temporarily stay proceedings in this case pending the outcome of the appeal in *Goulart et al. v. Cape Cod Healthcare, Inc.*, No. 25-1672, pending before the First Circuit. A temporary stay is appropriate because it will conserve judicial and party resources and Plaintiff faces no prejudice from a stay, where the First Circuit is poised to issue a ruling that will provide essential guidance about the viability of the core claim in the case. The facts and law in support of this Motion are more fully set forth in the accompanying Memorandum of Law.

WHEREFORE, BCH moves this Court to enter an order staying this matter pending the outcome of *Goulart et al. v. Cape Cod Healthcare, Inc.*, No. 25-1672 (1st Cir.).

Dated: April 23, 2026

Respectfully submitted,

THE CHILDREN'S HOSPITAL
CORPORATION

By: */s/ Lisa Oliver White*
Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice forthcoming*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
Tara D. Kennedy (*pro hac vice*)
Avery Epstein (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com
tkennedy@shb.com
aepstein@shb.com

***Attorneys for Defendant***

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel certifies that pursuant to Local Rule 7.1, Defense counsel asked Plaintiff's counsel whether they would agree to a stay during a call on April 8, 2026 and April 9, 2026. Plaintiff's counsel responded on April 22, 2026 that they oppose a stay.

1

## CERTIFICATE OF SERVICE

I, Lisa Oliver White, do hereby certify that on April 23, 2026, a true and correct copy of the foregoing document was served upon all counsel of record via the CM/ECF system of the United States District Court for the District of Massachusetts.

/s/ Lisa Oliver White
Lisa Oliver White