# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JANE DOE, individually and as parent and guardian for her minor children, S.N., H.N., and B.N., on behalf of herself and classes of all others similarly situated, | ) ) ) ) ) | |
| | ) | Case No.: 1:25-cv-10343-PBS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE CHILDREN'S HOSPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT THE CHILDREN'S HOSPITAL CORPORATION'S
## MOTION TO TEMPORARILY STAY PROCEEDINGS

Defendant The Children's Hospital Corporation's (d/b/a Boston Children's Hospital, "BCH"), moves to temporarily stay proceedings in this case pending the outcome of the appeal in *Goulart et al. v. Cape Cod Healthcare, Inc.*, No. 25-1672, pending before the First Circuit. A temporary stay is appropriate because it will conserve judicial and party resources and Plaintiff faces no prejudice from a stay, where the First Circuit is poised to issue a ruling that will provide essential guidance about the viability of the core claim in the case. The facts and law in support of this Motion are more fully set forth in the accompanying Memorandum of Law.

WHEREFORE, BCH moves this Court to enter an order staying this matter pending the outcome of *Goulart et al. v. Cape Cod Healthcare, Inc.*, No. 25-1672 (1st Cir.).

5/14/26

DENIED. The appeal will not resolve this case. The case has been pending over three years, and the appeal period is likely to be lengthy. Patti B Saris